**FILED**

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0579

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 22-0579

JOSEPH E. LAWRENCE,

     Plaintiff and Appellant,

v.

LARRY PASHA, et. al.,

     Defendants and Appellees.

## GRANT OF EXTENSION

Upon consideration of Appellees' motion for a 30-day extension of time, and good cause appearing, Appellees are granted an extension of time to and including January 11, 2023, within which to prepare, serve, and file its response.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 8 2022